# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| CHARLES POINTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cv-2134-RLW |
| ) | |
| BILL KENNEDY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the "Motion to File an Amended Petition," filed by plaintiff Charles Pointer. (Docket No. 6/filed January 9, 2019). The motion will be denied as moot.

In the motion, plaintiff asks the Court to make various changes to his complaint. However, in a Memorandum and Order dated January 7, 2019, this Court directed plaintiff to file an amended complaint. Plaintiff will be able to make the changes he wishes to make in the amended complaint. Plaintiff also asks the Court to note the defendant's name in a particular manner on the original filing form, and in his motion for appointment of counsel. However, the Court will not make changes to plaintiff's original filing form, and plaintiff's motion for the appointment of counsel has been denied, without prejudice, for reasons having nothing to do with how the defendant's name is shown. The motion will therefore be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Motion to File an Amended Petition" (Docket No. 6) is **DENIED** as moot.

Dated this 14th day of January, 2019.

                                             *Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE